# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:10-cr-00075-MR-WCM-2

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> (2) ANDRE EDWARD VANDER, ) <br> ) <br> Defendant. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss [Doc. 67].

For the reasons stated in the Government's Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 67] is **GRANTED**, and Count One of the Bill of Information in the above-captioned case is hereby **DISMISSED** as to the Defendant Andre Edward Vander only.

**IT SO ORDERED.**

Signed: January 2, 2020

Martin Reidinger
United States District Judge